

FILED MW
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 JUN -7 PM 4:29

WILLIAM W. BLEVINS
CLERK

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 12-138 |
| v. | * | SECTION: "K" |
| GIE PRESTON<br>a/k/a "G" | * | |
| BURNELL ALLEN<br>a/k/a "Baldy" | * | |
| SONNY ALLEN<br>a/k/a "Shortbread" | * | |
| LIONEL ALLEN<br>a/k/a "Lot" | * | |
| EUGENE ALLEN<br>a/k/a "BeBe" | * | |
| EMANUEL CASAME<br>a/k/a "Duke" | * | |
| MARK RAYFIELD | * | |

* * *

### MOTION AND INCORPORATED MEMORANDUM
### TO UNSEAL SUPERSEDING INDICTMENT

NOW INTO COURT comes the United States of America, appearing herein through the

undersigned Assistant United States Attorney to move this Honorable Court to unseal the

superseding indictment in the above-captioned case.



___Fee_____
___Process_____
_X_Dktd_____
___CtRmDep____
___Doc. No.____

All defendants have been arrested; thus, it is no longer necessary for the superseding indictment and attached papers to remain sealed.

Respectfully,

DANA J. BOENTE
UNITED STATES ATTORNEY

SEAN TOOMEY
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3008