UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA               CRIMINAL ACTION

VERSUS                                 NO. 12-138

BURNELL ALLEN                          SECTION "R"

                                       Civil Action No. 17-7637

## **JUDGMENT**

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED AND DECREED that defendant Burnell

Allen's motion to vacate, set aside, or correct his sentence under 28 U.S.C. §

2255 is hereby DENIED.

New Orleans, Louisiana, this 22nd day of October, 2018.

_____

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE